## Commonwealth *v.* Harrell, Appellant.

Submitted September 13, 1971. *George S. Pressman,* for appellant; *Norris E. Gelman* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant

District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.